IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 20 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. 3:22-CR-290-S (BK) |
| IDUAR ACOSTA FERNANDEZ | § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **IDUAR ACOSTA FERNANDEZ** is charged in a petition with a violation of the terms of his probation. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and any evidence and arguments offered at the hearing, the magistrate judge recommends the United States district judge:

☑ find Defendant violated the terms of his probation;
☑ revoke Defendant's probation;
☑ impose a sentence of imprisonment of ___8___ months with a term of ___0___ months of supervised release to follow; and
☑ recommend that sentence be served at FCI Seagoville, and that Defendant be permitted to self-surrender no earlier May 17, 2024

SO RECOMMENDED on March 20, 2024.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, **IDUAR ACOSTA FERNANDEZ**, after consulting with my attorney, hereby
☒ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

3/20/2024
Date

Defendant

Defense Counsel

**Consented to by United States**

Assistant U.S. Attorney